**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

George Albert Brogdon, Jr., ) No. CV 11-1389-PHX-RCB (MEA)
)
        Plaintiff, ) **ORDER FOR PAYMENT**
)
vs. ) **OF INMATE FILING FEE**
)
City of Phoenix Police Department, et al.,)
)
        Defendants. )
_____)

**TO: MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO**

        Plaintiff George Albert Brogdon, Jr., inmate #P749770, who is confined in the Maricopa County Fourth Avenue Jail, must pay the statutory filing fee of $350.00. Plaintiff is not assessed an initial partial filing fee. Plaintiff must pay the filing fee in monthly payments of 20% of the preceding month's income credit to Plaintiff's trust account. The Maricopa County Sheriff or his designee must collect and forward these fees to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

        (1)    The Maricopa County Sheriff or his designee must collect the $350.00 filing fee from Plaintiff's trust account in monthly payments of 20% of the preceding month's income credited to the account. Payments must be forwarded to the Clerk of Court each time the amount in the account exceeds $10.00. The payments must be clearly identified by the name and number assigned to this action.

1      (2)     The Maricopa County Sheriff or his designee must notify the Clerk of Court

2 in writing when Plaintiff is released or transferred to a correctional institution other than the

3 Maricopa County Jail, so new billing arrangements may be made to collect any outstanding

4 balance.

5      (3)     The Clerk of Court must serve by mail a copy of this Order on Maricopa

6 County Sheriff's Office Inmate Legal Services, 201 S. Fourth Avenue, Phoenix, Arizona,

7 85003.

8      (4)     The Clerk of Court must forward a copy of this Order to Financial

9 Administration for the Phoenix Division of the U.S. District Court for the District of Arizona.

10 Financial Administration must set up an account to receive payments on the filing fee for this

11 action and must notify the Court when the filing fee is paid in full.

12      DATED this 7th day of September, 2011.

Robert C. Broomfield
Senior United States District Judge