**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Albert Brogdon, Jr., | CV 11-01389-PHX-RCB |
| Plaintiff(s), | |
| v. | **O R D E R** |
| Eric Boardman et al, | |
| Defendant(s). | |

The Court is in receipt of a Notice of Settlement in this case (Doc. 74). In the Notice, counsel states that once the final Settlement Agreement is executed, the parties will file a Stipulation for Dismissal with Prejudice.  Accordingly,

**IT IS ORDERED** vacating Jury Trial set for November 12, 2013 at 9:00 A.M.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED**, as moot, without prejudice.  All pending deadlines are vacated.

**IT IS FURTHER ORDERED** setting a Status Conference for November 26, 2013 at 10:15 A.M., to be vacated upon the filing of the Stipulation to Dismiss with Prejudice.

DATED this 4th day of November, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

copies to plaintiff pro se and counsel of record